UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILANO MANHATTAN, LTD.,

                Plaintiff,

against

FILENE'S BASEMENT, RETAIL VENTURES,
INC. and NYCAL INC., D/B/A SERENADE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action

JUDGE BUCHWALD
'07 CIV 8011

RULE 7.1 STATEMENT


RECEIVED SEP 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for Milano Manhattan, Ltd., certifies that it does not have any corporate parents or publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
        September 12, 2007

                                      Respectfully submitted,

                                      HERRICK, FEINSTEIN LLP

                                      By: _____
                                            Barry Werbin
                                           Marni Weiss
                                      Attorneys for Plaintiff
                                      2 Park Avenue
                                      New York, New York 10016
                                      (212) 592-1400