# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8011                                              Date Filed: _____

Plaintiff:
MILANO MANHATTAN, LTD.

vs.

Defendant:
FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL INC.
d/b/a SERENADE

For:
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Received these papers to be served on RETAIL VENTURES, INC., located at 3241 Westerville Road, Columbus, Ohio 43224.

I, Erika Cremeans, being duly sworn, depose and say that on the 18th day of September, 2007 at 8:45 am, I:

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint and Jury Demand, 3rd Amended Instructions for Filing an Electronic case or Appeal and Individual Practices of Naomi Reice Buchwald United States District Judge to Frank Serra, Manager, as authorized to accept on behalf of the above named Entity.

Description of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 250, Hair: Grey, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 19th day of September, 2007 by the affiant who is personally known to me.

*Erika Cremeans*
Erika Cremeans
Process Server

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-09

Our Job Serial Number: 2007003957
Ref: C/M:06215-0009