# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8011

Date Filed: 9/12/2007

Plaintiff:
**Milano Manhattan, Ltd.**

vs.

Defendant:
**Filene's Basement, Inc., et. al.,**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **Retail Ventures, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **18th day of September, 2007** at **12:40 pm, I:**

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action, Complaint and Jury Trial Demanded, 3rd Amended Instructions for Filing an Electronic Case or Appeal and Individual Practices of Naomi Reice Buchwald United States District Judge, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Amy Lesch as Senior Data Entry Machine Operator of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 190, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 18th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

**Court Support Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2007003588
Ref: 3958

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200709180187                           Cash #:  200709180177
Date of Service:  09/18/2007                       Fee Paid: $40 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  RETAIL VENTURES, INC.



Plaintiff/Petitioner:
        MILANO MANHATTAN, LTD.




Service of Process Address:
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY,  NY 12207-2543

                                                     Secretary of State
                                                     By   AMY LESCH
```