Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILANO MANHATTAN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,, <br><br> Defendants. | Civil Action No.: 07 CIV 8011 <br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the firm of Ostrolenk, Faber, Gerb & Soffen, LLP hereby appears as counsel for all Defendants in the above-captioned action through Max Moskowitz, a member in good standing of the Bar of this Court. Copies of all papers and correspondence may be sent to him via the following:

> OSTROLENK, FABER, GERB & SOFFEN, LLP
> 1180 Avenue of the Americas, 7th Floor
> New York, New York 10036
> Phone: (212) 382-0700
> Facsimile: (212) 382-0888
> Email: mmoskowitz@ostrolenk.com

Dated: November 8, 2007
      New York, New York

Respectfully submitted,

_____
Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Attorneys for Defendants

{00882222.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsels for Plaintiff via the court's ECF system on this 8th day of November 2007, addressed as follows:

>Barry Werbin
>Herrick, Feinstein, L.L.P.
>2 Park Avenue
>New York, NY 10016
>Tel: (212) 592-1418
>Fax: (212) 592-1500
>Email: bwerbin@herrick.com

_____
Max Moskowitz

{00882222.1}                    2