Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILANO MANHATTAN, LTD., <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,, <br><br>　　　　　　　Defendants. | Civil Action No.:  07 CIV 8011 <br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants FILENE'S BASEMENT, INC., RETAIL VENTURES, INC., and NYCAL, INC., D/B/A SERENADE, certifies the following:

　　　　No parent or publicly held corporation owns 10% or more of stock of NYCAL, INC.
　　　　RETAIL VENTURES, INC. owns more than 10% of FILENE'S BASEMENT, INC.
　　　　FMR Corporation owns more than 10% of RETAIL VENTURES, INC.
　　　　Schottentstein Stores Corp. owns more than 10% of RETAIL VENTURES, INC.

DATED:  November 8, 2007
New York, New York

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Max Moskowitz (MM 5866)
　　　　　　　　　　　　　　　　OSTROLENK, FABER, GERB & SOFFEN, LLP
　　　　　　　　　　　　　　　　1180 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　(212) 382-0700

　　　　　　　　　　　　　　Attorney for Defendants

{00882231.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT** was served upon counsels for Plaintiff via the court's ECF system on this 8th day of November 2007, addressed as follows:

>Barry Werbin
>Herrick, Feinstein, L.L.P.
>2 Park Avenue
>New York, NY 10016
>Tel: (212) 592-1418
>Fax: (212) 592-1500
>Email: bwerbin@herrick.com

>_____
>Max Moskowitz