MAX MOSKOWITZ (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

K. Tom Kohan (CA BAR NO. 225420) (Pro Hac Vice Application Pending)
KOHAN LAW FIRM
445 S. Figueroa Street, 27th Floor
Tel: 310-349-1111
Fax: 213-612-7715
Email: tom@kohanlawfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILANO MANHATTAN, LTD., <br><br> Plaintiff, <br><br> against. <br><br> FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,, <br><br> Defendants. | Civil Action No.: 07 CIV 8011 <br><br> **MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3 ( c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Max Moskowitz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:   K. Tom Kohan
    Firm Name:   Kohan Law Firm
    Address:   445 S. Figueroa Street, 27th Floor
                      Los Angeles, CA 90071
    Phone Number:   310-349-1111
    Fax Number:   213-612-7715
    Email:   tom@kohanlawfirm.com

*{00882223.1}*

K. Tom Kohan is a member in good standing of the Bar of the State of California. A true and correct copy of Mr. Kohan's Certificate of Good Standing, issued by the California State Bar is attached hereto.

There are no pending disciplinary proceeding against K. Tom Kohan in any State or Federal court.

Dated: November 20, 2007
       New York, New York

Respectfully submitted,

_____
Max Moskowitz (MM 5866)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036
Tel: 212-382-0700
Fax: 212-382-0888

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** was served upon counsels for Plaintiff via first class mail on this 20th day of November 2007, addressed as follows:

>Barry Werbin
>Herrick, Feinstein, L.L.P.
>2 Park Avenue
>New York, NY 10016
>Tel: (212) 592-1418
>Fax: (212) 592-1500
>Email: bwerbin@herrick.com

*Charlene Wilhelmsen*
Charlene Wilhelmsen

Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILANO MANHATTAN, LTD., <br><br> Plaintiff, <br><br> against. <br><br> FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,, <br><br> Defendants. | Civil Action No.: 07 CIV 8011 <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Max Moskowtiz of Ostrolenk, Faber, Gerb & Soffen, LLP, attorney for Defendants FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | K. Tom Kohan |
| Firm Name: | Kohan Law Firm |
| Address: | 445 S. Figueroa Street, 27th Floor |
| | Los Angeles, CA 90071 |
| Phone Number: | 310-349-1111 |
| Fax Number: | 213-612-7715 |
| Email: | tom@kohanlawfirm.com |

is admitted to practice pro hac vice as counsel for Defendants FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: November ___, 2007
New York, NY

_____
United States District Judge

{00882228.1}

Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILANO MANHATTAN, LTD.,

                Plaintiff,

vs.

FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,,

                Defendants.

Civil Action No.:  07 CV 8011

**AFFIDAVIT OF MAX MOSKOWITZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Max Moskowitz, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at the firm of Ostrolenk, Faber, Gerb & Soffen, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and support of Defenants' motion to admit K. Tom Kohan as counsel pro hac vice to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice in law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known K. Tom Kohan since 2007.

4.     I have found Mr. Kohan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of K. Tom Kohan, pro hac vice.

6.     I respectfully submit a proposed order granting the admission of K. Tom Kohan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit K. Tom Kohan, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: November 20, 2007
New York, New York

*[signature]*

Max Moskowitz (MM 5866)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036
Tel: 212-382-0700
Fax: 212-382-0888

2

{00882227.1}



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 14, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KAMBIZ TOM KOHAN, #225420 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records