Max Moskowitz (MM 5866)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700

Attorneys for Defendants



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

MILANO MANHATTAN, LTD.,

        Plaintiff,

against,

FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE,,

        Defendants.

Civil Action No.: 07 CIV 8011

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

    Upon the motion of Max Moskowitz of Ostrolenk, Faber, Gerb & Soffen, LLP, attorney for Defendants FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

|   |   |
|---|---|
| Applicant's Name: | K. Tom Kohan |
| Firm Name: | Kohan Law Firm |
| Address: | 445 S. Figueroa Street, 27th Floor |
|  | Los Angeles, CA 90071 |
| Phone Number: | 310-349-1111 |
| Fax Number: | 213-612-7715 |
| Email: | tom@kohanlawfirm.com |

is admitted to practice pro hac vice as counsel for Defendants FILENE'S BASEMENT, INC., RETAIL VENTURES, INC. and NYCAL, INC., D/B/A SERENADE in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~November~~ December 5, 2007
New York, NY

                                    _____
                                    United States District Judge

{00882228 1}