Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILANO MANHATTAN, LTD.,                          Civil Action No. 07 CIV 8011

             Plaintiff,

          against                          STIPULATION

FILENE'S BASEMENT, INC., RETAIL
VENTURES, INC. and NYCAL INC., D/B/A
SERENADE,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/07

     IT IS HEREBY STIPULATED AND AGREED, by and between HERRICK, FEINSTEIN

LLP, as counsel for Plaintiff, and Kohan Law Firm, as counsel for Defendants Filene's Basement,

Inc., Retail Ventures, Inc. and Nycal Inc., d/b/a Serenade ("Defendants"), that:

     1.    The time for Plaintiff and Defendants to exchange initial disclosures will be

extended to and including January 10, 2008.

     2.    This Stipulation may be signed in counterparts and may be delivered by facsimile

and in counterparts.

Dated: New York, New York
December 21, 2007

KOHAN LAW FIRM

By

K. John Kohan (tom@KohanJawfirm.com)
Attorneys for Defendants
Filene's Basement, Inc., Retail
Ventures, Inc., Nycal Inc,
445 South Figueroa Street
27th Floor
Los Angeles, CA 90071
(310) 349-1111

HERRICK, FEINSTEIN LLP

By

Barry Werbin (bwerbin@herrick.com)
Marni Weiss (mweiss@herrick.com)
Attorneys for Plaintiff
Milano Manhattan, Ltd.
2 Park Avenue
New York, NY 10016
(212) 592-1400

SO ORDERED:

Naomi Reice Buchwald, USDJ

12/27/07

2

IIF 3915109v1 #06213/0009