1/11/2008 12:21 FAX 8187058634   COMDEN/GERI&BILLIE-   ☒009/010

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MILANO MANHATTAN, LTD.,

    Plaintiff,

against

FILENE'S BASEMENT, RETAIL VENTURES, INC.
and NYCAL INC., D/B/A SERENADE,

    Defendants.

------------------------------------x

NYCAL, INC., d/b/a SERENADE,

    Third Party Plaintiff,

against

PRATO TEXTILE,

    Third Party Defendant.

------------------------------------x

07 Civ. 8011 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Milano Manhattan, Ltd., Defendant Filene's Basement, Defendant Retail Ventures, Inc., Defendant Nycal Inc., d/b/a Serenade and Third-Party Defendant Prato Textile hereby jointly stipulate to the dismissal with prejudice of all claims made in this action.

MICROFILMED APR 15 2008 -3 00 PM

NF 399968Pv1 #08215/0009

PAGE 9/10 * RCVD AT 4/11/2008 3:21:02 PM [Eastern Daylight Time] * SVR:NYFX01/1 * DNIS:3499 * CSID:8187058634 * DURATION (mm-ss):02-10

04/11/2008 12:21 FAX  8187058634          COMDEN/GERI&BILLIE-.                    @010/010

Each party shall bear its own costs and fees in this action.

Dated: March 24, 2008
       New York, New York

KOHAN LAW FIRM

By _____
K. Tom Kohan (tom@Kohanlawfirm.com)
445 S. Figueroa Street, 27th Floor
Los Angeles, California 90071
Phone: (310) 349-1111
Attorneys for Filene's Basement, Retail
Ventures, Inc. and Nycal, Inc., d/b/a
Serenade

HERRICK, FEINSTEIN LLP

By _____
Barry Werbin (bwerbin@herrick.com)
Marni Weiss (mweiss@herrick.com)
2 Park Avenue
New York, New York 10016
Phone: (212) 592-1400
Attorneys for Milano Manhattan, Ltd.

WASSERMAN, COMDEN &
CASSELMAN, LLP

By _____
Len Comden (lcomden@wcclaw.com)
5567 Reseda Boulevard
Suite 303
P.O. Box 7033
Tarzana, California 91357-7033
Phone: (818) 705-6800
Attorneys for Prato Textile

IT IS SO ORDERED:
            April
Dated: March 14, 2008
       New York, New York

_____
Hon. Naomi Buchwald
U.S. District Judge

PAGE 10/10 * RCVD AT 4/11/2008 3:21:02 PM [Eastern Daylight Time] * SVR:NYFX01/1 * DNIS:3489 * CSID:8187058634 * DURATION (mm-ss):02-10